UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO JOHNSON,

       Plaintiff,

   -v-

SERAFINA RESTAURANT *et al.*,

       Defendants.

18-CV-9451 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

 On September 13, 2019, the parties in this matter appeared for an initial pretrial conference. At that conference, the Court ordered that the parties submit a joint status letter by November 15, 2019. To date, no status update has been filed. Plaintiff shall file a joint status letter on or before December 11, 2019.

 SO ORDERED.

Dated: December 4, 2019
   New York, New York

J. PAUL OETKEN
United States District Judge