UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO JOHNSON,
                         Plaintiff,

-v-

SERAFINA RESTAURANT *et al.*,
                         Defendants.

18-CV-9451 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties are directed to file a joint status letter on or before March 1, 2020.

    SO ORDERED.

Dated: February 19, 2020
       New York, New York

                                                    J. PAUL OETKEN
                                                 United States District Judge