UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO JOHNSON,
                     Plaintiff,

          -v-

SERAFINA RESTAURANT,
                     Defendant.

18-CV-9451 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    The parties shall file a joint status letter upon the conclusion of mediation, and, in any event, no later than November 30, 2020.

    SO ORDERED.

Dated: July 30, 2020
       New York, New York

                                                    _____
                                                       J. PAUL OETKEN
                                                    United States District Judge