UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO JOHNSON,
                        Plaintiff,

         -v-

SERAFINA RESTAURANT, et al.,
                        Defendants.

18-CV-9451 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 29, 2021, counsel for Defendant NWE Corp. filed a motion to withdraw. (Dkt. No. 43.) That motion is GRANTED. With the withdrawal of this counsel, Defendant NWE Corp. will be without legal representation in this action. Corporations, however, cannot appear *pro se*. *See Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006). Within thirty days of the date of this Order, Defendant NWE Corp. shall have a law firm enter an appearance in this action on its behalf. If Defendant NWE Corp. fails to do so, Plaintiff may seek default judgment. *See id.* (explaining that default judgment may be appropriate when a corporation fails to appear by counsel).

The Clerk of Court is directed to terminate attorney Robert N. Swetnick's representation of NWE Corp. and to close the motion at Docket Number 43. Swetnick is directed to serve this Order on NWE Corp.

    SO ORDERED.

Dated: February 1, 2021
       New York, New York

                                                   J. PAUL OETKEN
                                                   United States District Judge